# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL KOMPANI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant. | Case No. 8:19-cv-01430 JLS (JDEx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed as to all parties, in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

DATED: 11/12/2019

　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　United States District Judge